IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,     )
                              )
v.                            )   Case No. CR419-53
                              )
MARKIESE YOUNG,               )
                              )
         Defendant.           )

Robert C. Hughes, III counsel of record for defendant Markiese Young in the above-styled case has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent the case from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this 2ND day of July 2019.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA