IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-53-4 |
| MARKIESE YOUNG, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant's letter requesting early termination of supervised release. (Doc. 31.) The Government responded to Defendant's request and states that, in consultation with the United States Probation Office, it has no objection to Defendant's motion. (Doc. 32.) Therefore, after careful consideration and for good cause shown, the Court **GRANTS** Defendant's request.

THEREFORE, IT IS HEREBY ORDERED that Defendant Markiese Young is discharged from supervised release.

**SO ORDERED**, this 21st day of January, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA